IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LACHANDRA AIKEN,
*ex rel.,* Z.B., a minor,

        Plaintiff,

vs.

CAROLYN W. COLVIN,

        Defendant.               CIVIL NO. 12-cv-601-DRH-CJP

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by Chief Judge David R. Herndon, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Lachandra Aiken, ex rel., Z.B., a minor, and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT

                                          BY:  s/*Sara Jennings*
                                                 Deputy Clerk

**Dated:** August 7, 2013

Digitally signed by
David R. Herndon
Date: 2013.08.07
16:21:52 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT