UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

LACHANDRA AIKEN *ex. rel.* Z.B.
  a minor,
         **Plaintiff,**

                v.                                          No. 3:12-cv-60-DRH-CJP

CAROLYN W. COLVIN,
**Acting Commissioner of Social
Security,**
         **Defendant.**

## ORDER

This matter comes before the Court on the parties' Joint Stipulation for an Award of Attorney's Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Court, having read the stipulation and being duly advised, hereby orders that:

Plaintiff be awarded $6,140.00 for attorney fees and expenses under 28 U.S.C. § 2412. This award will satisfy all of plaintiff's claims for fees, expenses, and costs under the EAJA.

If counsel for the defendant can verify that plaintiff owes no pre-existing debt subject to offset, the defendant will direct that the award be made payable to plaintiff's attorney pursuant to the EAJA assignment duly signed by plaintiff and counsel. If plaintiff owes a pre-existing debt subject to offset in an amount less than the EAJA award, the Social Security Administration will instruct the U.S. Department of Treasury that any check for the remainder after offset will be made

payable to plaintiff and mailed to the business address of plaintiff's attorney.

DATED: September 11, 2013

David R. Herndon
2013.09.11
12:35:31 -05'00'

Chief Judge
United States District Court